# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0295. GLADYS KENDRICK v. TONI MILLER.**

On September 7, 2011, the trial court entered a final judgment against Gladys Kendrick, ordering her to pay Toni Miller damages in the amount of $5,316.14. Kendrick filed a motion to set aside on November 18, 2011, which the trial court denied on January 6, 2012. Kendrick then filed another motion to set aside on February 12, 2013. The trial court denied this motion on August 1, 2013, and Kendrick directly appealed that order.  We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006).  In addition, the final judgment was not subject to direct appeal because, where the amount of the judgment is $10,000.00 or less, an application for discretionary appeal is required. OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).  Kendrick's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over her appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/18/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.